CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
JUN 0 7 2005
JOHN F. CORCORAN, CLERK
BY /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

HENRY DOUGLAS BURTON, )
    Petitioner, )
                          )    Civil Action No. 7:05-CV-00228
                          )
v.                        )    **FINAL ORDER**
                          )
COMMONWEALTH OF VIRGINIA, )    By: Hon. Glen E. Conrad
    Respondent. )    United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED and ORDERED**

that the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 7th day of June, 2005.

/s/ Glen E. Conrad
UNITED STATES DISTRICT JUDGE