CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 2 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| HENRY D. BURTON, ) | |
|    Petitioner, ) | Civil Action No. 7:05CV00228 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| COMMONWEALTH OF VIRGINIA, ) | By: Hon. Glen E. Conrad |
|    Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus filed by the petitioner shall be **DISMISSED** and the petitioner's motion for summary judgment shall be **DENIED**.

The Clerk is directed to strike the case from the active docket of the court. The Clerk is further directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**: This 22d day of November, 2005.

/s/ Glen E. Conrad
United States District Judge